IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIZRAIM MOHAMMED EL, | No. C 05-2204 SBA |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| EDWARD JELLENS, et al., | |
| Defendants. | |
| _____ | |

On August 24, 2005, Plaintiff Mizraim Mohammed El filed a Request for a Federal Judge to Sign Order for Preliminary Injunction ("Request for a Preliminary Injunction") [Docket No. 35], but failed to set the matter for hearing. The following motions in this case are scheduled for hearing on October 4, 2005: a) Defendant Martha Bronitsky's Motion to Dismiss and Motion for a More Definite Statement, b) Defendants Kornfield, Paul & Nyberg's and Rudolph Spatenka's Motion for Judgment on the Pleadings, and c) Plaintiff's Motion to Quash Defendants' Motion for Judgment on the Pleadings. Given the pendency of these motions which involve the same parties and issues, Plaintiff's Request for a Preliminary Injunction will be considered contemporaneously.

Accordingly,

IT IS HEREBY ORDERED THAT the Plaintiff's Request for a Preliminary Injunction is scheduled to be heard on **October 4, 2005 at 1:00 p.m.**

IT IS SO ORDERED.

Dated: 9-19-05

SAUNDRA BROWN ARMSTRONG
United States District Judge